IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABRAHAM SIGURD LEE,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL GOURLEY, *et al.*,<br><br>Defendants. | No. 1:25-CV-01839<br><br>(Chief Judge Brann) |

## ORDER

**AND NOW**, this 21st day of January 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Section 1983 complaint (Doc. 1) is **DISMISSED** for failure to state a claim upon which relief may be granted, as follows:

   a. Plaintiff's Fourteenth Amendment double jeopardy claim is **DISMISSED** with prejudice under 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

   b. Plaintiff's official capacity claims are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) as legally frivolous.

   c. Plaintiff's Fourth Amendment claim is **DISMISSED** without prejudice under 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

   d. Plaintiff's Eighth Amendment failure-to-protect claim is **DISMISSED** without prejudice under 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

   e. Plaintiff's Fourteenth Amendment equal protection claim is **DISMISSED** without prejudice under 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. Plaintiff's motion to amend (Doc. 11) is **GRANTED**. The Clerk of Court is directed to change defendant "Columbia County, Pennsylvania" to "Cumberland County, Pennsylvania."

3. Within 21 days of the date of this Order, Plaintiff, if desired, may file an amended complaint in accordance with the accompanying Memorandum. Plaintiff must adhere to the specific directions for amendment provided in the accompanying Memorandum.

4. If no amended complaint is timely filed, dismissal of any claim without prejudice will automatically convert to dismissal with prejudice and the Court will CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge